IN THE DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

TRIAL DIVISION

LAWRENCE FLEMING,                )      CIVIL ACTION NO. 84-0006
                                 )
             Plaintiff,          )
                                 )
             vs.                 )      AMENDMENT TO DECISION
                                 )
DEPARTMENT OF PUBLIC SAFETY,     )
and COMMONWEALTH OF THE          )
NORTHERN MARIANA ISLANDS,        )
                                 )
             Defendants.         )
_____)

        This Court's Decision filed on September 11, 1985 is hereby amended to read as follows:

        Line 24, p.2, "notwithstanding the verdict where:"

        Line 4, p.16, "degree of their sovereignty . . . ."

        Line 6, p.22, "Commonwealth statute cannot rejuvenate . . . .".

        Line 12, p.24, "(5th Cir. 1983)(the "liberty protected. .. encompasses an"

        Line 10, p.26, "which is an unsatisfactory . . . ."

        Line 11, p.40, "prosecution based on local law, except where required by local"

        Line 12, p.40, "law.$^{31/}$[emphasis added]  In discussing the provision, the Status"

        Line 22½, p.40, "$^{31/}$Art. 1, Sec. 8 of the Commonwealth Constitution provides:"

AO 72
(Rev.8/82)

Line 18, p.42, "JUDGE ALFRED LAURETA"

DATED this _____18th_____ day of September, 1985.

_____
                    JUDGE ALFRED LAURETA